IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| BERNADETTE G. LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-00008 |
| ) | |
| BODDIE-NOELL ENTERPRISES, INC., ) | **ORDER** |
| ) | |
| and ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| CINDY ROBINSON, ) | |
| ) | |
| Defendants. ) | |

Before me are Plaintiff's Renewed Motion to Remand and Renewed Response to Motion to Dismiss ("Renewed Motion to Remand" [ECF. No. 35]) and Defendants' Motion to Strike Plaintiff's Memorandum in Support of Plaintiff's Second Motion to Remand and Renewed Response to Defendant's Motion to Dismiss ("Motion to Strike" [ECF No. 40]). For the reasons stated in the accompanying Memorandum Opinion, I hereby **GRANT** Defendants' Motion to Strike, **DISMISS** Defendant Cindy Roberson (incorrectly named in the Complaint as "Cindy Robinson") from this case, and **DENY** Plaintiff's Renewed Motion to Remand. On April 4, 2011, I entered an order taking Defendants' Motion to Dismiss and Plaintiff's original Motion to Remand under advisement. Because entry of this Order necessarily disposes of those motions, I deem Defendants' Motion to Dismiss and Plaintiff's Motion to Remand **DISMISSED AS MOOT**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel of record.

ENTERED this 1st day of December, 2011.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE